Ervin D. HARRIS, Respondent,

v.

PINKERTON'S, INCORPORATED, and Liberty Mutual Insurance Company, Appellants.

No. WD 45839.

Missouri Court of Appeals,
Western District.

July 28, 1992.

Stephanie Warmund, Kansas City, for appellants.

Daniel T. DeFeo, Myerson, Monsees & Morrow, Kansas City, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM:

Appeal from decision of the Labor and Industrial Relations Commission awarding Workers' Compensation benefits.

Affirmed.   Rule 84.16(b)